**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **Phillip W.,**[1] | ) | |
| | ) | **CIVIL ACTION NO. 2:25-CV-00656** |
| **Plaintiff,** | ) | |
| | ) | **Magistrate Judge Jolson** |
| **v.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon the parties' joint motion to remand (Doc. 22) the Court **REVERSES** the decision of the Commissioner of the Social Security Administration in this case and **REMANDS** this case to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk shall enter Judgment accordingly.

IT IS SO ORDERED.

Date: March 27, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

---

1 Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.